Argued and submitted January 5, review dismissed as improvidently allowed
February 1, 1996

Loren HANGGI,
on behalf of the
Oregon Public Employees Retirement Fund
and its beneficiaries,
*Petitioners on Review,*

*v.*

HARTFORD FIRE INSURANCE CO.,
the State of Oregon and
Oregon Public Employees Retirement Board,
*Respondents on Review.*

(CC 9303-01347; CA A81089 (Control))

Janice FITZKO
and Clarice M. Kirkland, on behalf of the
Oregon Public Employees Retirement Fund,
and its beneficiaries,
*Petitioners on Review,*

*v.*

HARTFORD FIRE INSURANCE CO.,
Continental Insurance, State of Oregon and
Oregon Public Employees Retirement Board,
*Respondents on Review.*

(CC 9303-01891; CA A81090)

Roy BURRIGHT,
Janice Fitzko and Clarice M. Kirkland,
on behalf of the Oregon Public Employees
Retirement Fund and its beneficiaries,
*Petitioners on Review,*

*v.*

HARTFORD FIRE INSURANCE CO.,
Continental Insurance; State of Oregon; and
Oregon Public Employees Retirement Board,
*Respondents on Review.*

(CC 9304-02154; CA A81091)

Loren HANGGI,
for the benefit of the Oregon Public
Employees Retirement Fund and its beneficiaries,
*Petitioners on Review,*

*v.*

HARTFORD FIRE INSURANCE CO.,
Continental Insurance, State of Oregon and
Public Employees Retirement Fund,
*Respondents on Review.*

(CC 93C-10934; CA A82132)
(Cases Consolidated)
(SC S42193)

909 P2d 1240

Mark E. Griffin, of Griffin McCandlish, Portland, and Les Wellman, Portland, argued the cause for petitioners on review. With them on the petition were William D. Brandt, of Ferder, Brandt & Casebeer, Salem, and Jan Wyers, Portland.

Jan D. Sokol, of Stewart, Sokol & Gray, Portland, argued the cause for respondents on review Hartford Fire Insurance Co. and Continental Insurance. With him on the brief was Christopher A. Rycewicz.

Rives Kistler, Assistant Attorney General, Salem, argued the cause for respondents on review State of Oregon and Oregon Public Employees Retirement Fund. With him on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Phil Goldsmith, Portland, filed a brief on behalf of *amicus curiae* Oregon Trial Lawyers Association.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Carson, C. J., and Fadeley and Durham, JJ., would not dismiss.